Pearson, C. J.
 

 The commissioner was directed to sell for “ cash,” and in another part of the order the word money is used. These two words have a different legal meaning, which certainly does not embrace “ Confederate Treasury notes.” So the commissioner did not make the sale in compliance with his order, and for this reason the sale ought to have been set aside.
 

 
 *92
 
 This view of the matter, excludes the point made on the argument, that, if the order had been to sell for Confederate Treasury notes, his Honor should, in setting aside the sale, have imposed upon the petitioners the terms of making compensation to the bidder, by paying to him the money value of the Confederate notes, at the time he paid them to the commissioner.
 

 There is no error. This will be certified.
 

 Per Curiam.
 

 Decree accordingly.